United States Courts
Southern District of Texas
F I L E D Appendix A

OCT 2 2 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Nathan Ochsner, Clerk of Court

Robert R. Howard §
§
versus §    CIVIL ACTION NO. **24 CV 4056**
§
STG LogisTics §
§
§
§

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.      This action is brought under Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2.      The Plaintiff is:    Robert R. Howard

        Address:    522 mAgnolia Ln. Richwood Tx. 77531

        County of Residence:    Brazoria Tx. CouNTY

3.      The defendant is:    STG LogisTics

        Address:    Dow Chemical Building 2301 N. Brazosport Blvd.

☐      Check here if there are additional defendants. List them on a separate sheet of paper with their complete addresses.

4.      The plaintiff has attached to this complaint a copy of the charges filed on _____ with the Equal Opportunity Commission.

5.      On the date of 9/18/2024, the plaintiff received a Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission; a copy is attached.

1

_____

_____ and that;

(f) ☑ the Court grant other relief, including injunctions, damages, costs and

attorney's fees.

Robert Howe

(Signature of Plaintiff)

Address:       522 MAgNolia LN.
               Richwood TX. 77531

_____

Telephone:     979-417-8581

3

6.    Because of the plaintiff's:

(a)  ☑  race

(b)  ☐  color

(c)  ☐  Sex

(d)  ☐  Religion

(e)  ☐  national orgin,

the defendant has:

(a)  ☐  failed to employ the plaintiff

(b)  ☑  terminated the plaintiff's employment

(c)  ☐  failed to promote the plaintiff

(d)  ☐  other: _____

_____

_____

7.    When and how the defendant has discriminated against the plaintiff:

*The defendant always told the plaintiff that she do not do chocolate in front of co-workers and office personal meaning no blacks when asked*

8.    The plaintiff requests that the defendant be ordered:

(a)  ☐  to stop discriminating against the plaintiff

(b)  ☐  to employ the plaintiff

(c)  ☑  to re-employ the plaintiff

(d)  ☐  to promote the plaintiff

(e)  ☐  to _____

2

 # U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Houston District Office**
1919 Smith Street, 6th Floor
Houston, TX 77002
(346) 327-7700
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 08/19/2024

**To:** Robert R. Howard
522 Magnolia Ln.
CLUTE, TX 77531
Charge No: 460-2024-05671

EEOC Representative and email:     SHERRITA SMOAK
Federal Investigator
sherrita.smoak@eeoc.gov

### DISMISSAL OF CHARGE

The EEOC is closing this charge because you were not in an employment relationship with the Respondent.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 460-2024-05671.

On behalf of the Commission,

Digitally Signed By:Rayford O. Irvin
08/19/2024

Rayford O. Irvin
District Director



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Houston District Office
1919 Smith Street, 6th Floor
Houston, TX 77002
(346) 327-7700
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS ENCLOSED

Robert R. Howard

Re:  Robert R. Howard v. STG LOGISTICS DRAYAGE LLC
      EEOC Charge Number: 460-2024-05671

The United States Equal Employment Opportunity Commission (EEOC) issued the enclosed Dismissal and Notice of Rights (Notice) in the above-referenced charge on the date reflected thereon.  Specifically, on that date, EEOC sent you an email notification that EEOC had made a decision regarding the above-referenced charge and advised you to download a copy of the decision document from the Portal. Our records indicate you have not downloaded the Notice from the Portal.  For your convenience, a copy of the Notice is enclosed with this letter.

Please note that if the Charging Party wants to pursue this matter further in court, Charging Party must file a lawsuit within 90 days of the date they receive the Notice. The 90-day period for filing a private lawsuit cannot be waived, extended, or restored by the EEOC.

I hope this information is helpful.  If you have questions, please contact SHERRITA SMOAK by telephone at (602) 661-0018 or email at SHERRITA.SMOAK@EEOC.GOV.

Sincerely,

SHERRITA SMOAK
EQUAL OPPORTUNITY
INVESTIGATOR

09/18/2024

Enclosure



Robert Howard
522 Magnolia Ln
Richwood Tx. 77531

979-417-8581

I Robert Howard was Terminated from my Job as a Truck Driver with S.T.G. Logistic and I Feel like it was more of my safety person Tina Rab being Racist and Retaliated against me. Tina Always Said in Front of my co-worker's and other office personal That she "Tina Rab" do Not do Chocolate, This is my safety supervisor Saying This so I Asked Tina Rab About why she always made it a point To Say ask Robert he Know I Tina Rab don't do chocolate, so I said you mean That No matter how good a Black man is doing you will Not date him and Tina Rab said No I will Neve No way in my life. I Robert Howard was Terminated because I had a Trailer To come disengaged From my Tractor There were No Load on The Trailer. It was Time For The plant worker To get off work so Dow Chemical security was There on The Scene When The incident happened and They Dow Chemical Security Told me To hook up To The Trailer To move it off The road cause Traffic was About To get heavy Security Even worked with me To re-hook To The Trailer but my Air line had ripped out so I could Not move The Trailer mean while my Supervisor drove up To The scene as she Haley was getting off work I stopped Haley and Told her what was going on and Haley Said ok fine Haley Never got out of her car To see if I needed help or anything There was another driver That came up and I asked if it was ok For him To move The Trailer off The road and when I get my Air line fixed I would Take The Trailer To it's proper place Haley Said That's Fine and she drove off After Haley left she called Tina Rab

TiNA RAb Never cAme out TO The iNcideNT but she TiNA Told me ThAT Dow security must didn't cARE cAuse They lefT ME dowN There by myself ANd I Told her ThAT No Dow SEcurity STAyed with me uNTil I got The Trailer pulled off but you TiNA RAb you are my SAfety superVisor ANd you sAid ThAT you cAme out of your office Looked dowN The road AbouT a block away from your office ANd you weNT bAck iN your office withouT comiNg a block dowN The road TO see whAT happeN if There wAs any property damage if I wAs hurT or if There was ANy fuel leak or ANyThing ThAT was your Job TiNA SAfety first but iT wAs me RoberT so you didN't cAre TiNA Neve Asked me whAT happeNed she Never iNVesTigaTed RooT cAuse To The problem How iT could hAve beeN preveNTed or ANyThing. The NexT day Roger OweNs The TerminaI mANager hAd a STANd dowN meeTiNg iN ThAT meeTiNg Roger Told The co-workers ThAT he hAd No problem with me hookiNg bAck up To The Trailer but I should NoT hAve TakeN iT To The drop yard. I JusT don'T uNderSTANd either I cAN or I cAN'T. I spoke with The drivers AfTer The meeTiNg iN The parkiNg LoT ANd No oNE heard of ThAT rule before ANd I TAlked To guys ThAT worke For S.T.G. For 10 To 30 years ANd NoT oNE of Them heard of ThAT rule ever before Roger Told me ThAT TiNA showed iT The rule oN a sheeT of paper To him I worked There for 12 To 13 years ANd I Never heard of ThAT Rule, The day S.T.G. TermiNATed my coNTracT Roger Owens Told me ThAT Dow hAd NoT sAid anyThing ANd They were wAiTiNg

To see what Dow had to say About Ten minutes Later Tina Told me That Dow Told her To pull my badge. I went To Dow chemical To The office of IAN Stevenson who is head of Transportation And IAN Told me That They didn't Know Anything About The incident NOT IAN himself or EH+S who IAN called To see what he could fine out And IAN Told me That Things were NOT Adding up And That I need To Look into This more cause Tina Rab had NOT Reported This incident To Anyone Like She was suppose To but She were Tell me That Dow made That decision And IAN said No Dow don't Know Anything About what was going on TERRY CASE a driver Told me That was NoT True about The Rule cause he dropped a Trailer on Highway 288 A very busy Highway in Clute TX. And he called Tina Rab Told her what happened And She Told Terry CASE To bring The Trailer with a Tank on The Trailer To The yard And she will Take him for a drug Test ~~which~~ which is STander Rule After a incident

I have A loT more incidents with Tina But EEOC Said I have To get STarted on This To File it Now